UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YVONNE FROST,

               Plaintiff,

-against-

MT. SINAI HOSPITAL, et al.,

               Defendants.

1:20-CV-0780 (CM)

CIVIL JUDGMENT

Pursuant to the order issued February 4, 2020, dismissing this action without prejudice,

IT IS ORDERED, ADJUDGED, AND DECREED that under the November 7, 2019 order in *Frost v. City of New York (HRA)*, ECF 1:19-CV-8936, 6, this action is dismissed without prejudice.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court note service on the docket. Plaintiff has consented to electronic service of Court documents. (ECF 2 & 3.)

Dated: February 4, 2020
        New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge